*Constitution of Virginia 1870* ***ARTICLE I. BILL OF RIGHTS Sec 15.*** *That a well-regulated militia, composed of the body of the people trained to arms, is the proper, natural, and safe defence of a free State; that standing armies in time of peace should be avoided as dangerous to liberty, and that in all cases the military should be under strict subordination to and governed by the civil power.* Notice of Special Restricted Appearance: White, Sha'Heed Abdullah Beneficial Owner 1st Lien Holder of WHITE, SHA'HEED ABDULLAH Estate d/b/a SHA' HEED ABDULLAH WHITE©®™

FILED
JUL 14 2021
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

In

'Federal Court'
at
'District Court of the united States
for Eastern District of Virginia Norfolk District'

2:21cv387

commonwealth of Virginia
county of Virginia Beach, ss.

| | |
|---|---|
| i: a man; Sha' Heed Abdullah White, a man<br>*prosecutor* | Case No.: RF 392 566 146 US |
| COMMONWEALTH OF VIRGINIA; a body corporate, FEIN: 546001736, organized and existing under the laws of the U.S. / UNITED STATES,<br><br>City of Virginia Beach,VA; a body corporate, FEIN: 540722061 organized and existing under the laws of the COMMONWEALTH OF VIRGINIA; a body corporate/politic, FEIN: 546001736<br><br>City of Virginia Beach Police Department, City of Virginia Beach, VA Municipal Police Department<br><br>PUBLIC OFFICER dba Briana Spratley, an individual dba Detective for City of Virginia Beach (Municipal) Police Department<br>Et. al.<br>*Wrong-doer(s)* | CLAIM: TRESPASS: TORT: FOR ASSAULT AND FALSE ARREST WITH DEADLY FORCE, AND FALSE IMPRISONMENT<br>(verified) |

*White, Sha' Heed Abdullah*, a man; of full age, being duly sworn, or affirmed according to law, on his oath saith: That he is the prosecutor in the above entitled claim; That the facts, matters and things therein set forth, except only as to those stated on information and belief, are true of his own knowledge, and as to such matters, facts and things as are set forth therein on information and belief, he believes them to be true;

Executed on the 14 day of *July*, 2021,

(seal)

By: [signature]
White, Sha' Heed Abdullah; without the United States,
Not in Individual Capacity, Held in trust,
All Rights Reserved

Sworn, or affirmed to and subscribed before me 14, day of *July*, 2021;

Notary Public [signature]

SEAL ***Verified***

Barbara L. Stevens
NOTARY PUBLIC
Commonwealth of Virginia
Reg. # 262023
Com. Exp. Dec. 31, 2022

CLAIM: TRESPASS: TORT: FOR ASSAULT AND FALSE ARREST WITH DEADLY FORCE, AND FALSE IMPRISONMENT 1 of 14

COURT OF RECORD COMMON LAW JURISDICTION

*Constitution of Virginia 1870* ***ARTICLE I. BILL OF RIGHTS Sec 15.*** *That a well-regulated militia, composed of the body of the people trained to arms, is the proper, natural, and safe defence of a free State; that standing armies in time of peace should be avoided as dangerous to liberty, and that in all cases the military should be under strict subordination to and governed by the civil power.* Notice of Special Restricted Appearance: White, Sha'Heed Abdullah Beneficial Owner 1st Lien Holder of WHITE, SHA'HEED ABDULLAH Estate d/b/a SHA' HEED ABDULLAH WHITE©®™

**Definitions:** The following terms have the following meanings:
**Body Corporate:** means A corporation; Blacks Law Dictionary 1st Edition

**Claim, v.** means To demand as one's own; to assert a personal right to any property or any right; to demand the possession or enjoyment of something rightfully one's own and wrongfully withheld.

**Claim of Conusance:** means In practice. An intervention by a third person in a suit, claiming that he has a rightful jurisdiction of the cause which the plaintiff has commenced out of the claimant's court.

**Capite.** – means Lat. By the Head

Blacks Law Dictionary 1st Edition:
**CAPITIS DIMINUTIO.** means In Roman law. A diminishing or abridgment of personality; This was a loss or curtailment of a man's *status* or aggregate of legal attributes and qualifications, following upon certain changes in his civil condition. It was of three kinds, enumerated as follows:

**CAPITIS DIMINUTIO MAXIMA. (meaning a maximum loss of status through the use of capitalization, e.g. JOHN DOE or DOE JOHN)** - means The highest or most comprehensive loss of *status.* This occurred when a man's condition was changed from one of freedom to one of bondage, **when he became a slave.** It swept away with it all rights of citizenship and all family rights.

**CAPITIS DIMINUTIO MEDIA. (meaning a medium loss of status through the use of capitalization, e.g. John DOE)** - means A lesser or medium loss of status. This occurred where a man lost his rights of citizenship, but without losing his liberty. It carried away also the family rights.

**CAPITIS DIMINUTIO MINIMA.** (**meaning a minimum loss of status through the use of capitalization, e.g. John Doe/ john doe**) means The lowest or least comprehensive degree of loss of *status.* This occurred where a man's family relations alone were changed. It happened upon the arrogation of a person who had been his own master, (sui *juris,)* or upon the emancipation of one who had been under the *patria potestas.* It left the rights of liberty and citizenship unaltered.

**DIMINUTIO.** means In the civil law. Diminution; a taking away; loss or deprivation. *Diminutio capitis,* loss of *status* or condition. See Capitis Diminutio.

**Note: As Black's law Dictionary 1st Edition explains, the full capitalization of the letters of one's given name, and, family name, results in a diminishing or complete loss of legal citizenship status, wherein one actually becomes a slave, or, an item of inventory;**

**Corporation Sole**: means A corporation consisting of one person only, and his successors in some particular station, who are Incorporated by law in order to give them some legal capacities and advantages, particularly that of perpetuity, which in their natural persons they could not have had. A corporation sole consists of a single person, who is made a body corporate and politic, in order to give him some legal capacities and advantages, and especially that of perpetuity; as a bishop, dean, etc.; Blacks Law Dictionary 1st Edition

**Injury.** means Any wrong or damage done to another, either in his person, rights, reputation, or his property. Anderson Law Dictionary

**Legal Person.** n. law, means a **legal person** is any person or 'thing' (less ambiguously, any **legal entity**) that can do the things a human person is usually able to do in law – such as enter into contracts, sue and be sued, own property, and so on. The reason for the term "*legal* person" is that some legal persons are not people: companies and corporations are "persons" legally speaking (they can legally do most of the things an ordinary person can do), but they are clearly not people in the ordinary sense.

**Judicial.** means Whatever emanates from a judge as much, or proceeds from a court of justice. Pertaining to the administration of justice by a judge or court; also, authorized by law.

*Constitution of Virginia 1870* ***ARTICLE I. BILL OF RIGHTS Sec 15.*** *That a well-regulated militia, composed of the body of the people trained to arms, is the proper, natural, and safe defence of a free State; that standing armies in time of peace should be avoided as dangerous to liberty, and that in all cases the military should be under strict subordination to and governed by the civil power.* Notice of Special Restricted Appearance: White, Sha'Heed Abdullah Beneficial Owner 1st Lien Holder of WHITE, SHA'HEED ABDULLAH Estate d/b/a SHA' HEED ABDULLAH WHITE©®™

**Juridical Person.** means A **juridical person** is a non-human legal entity, in other words any organization that is not a single natural person but is authorized by law with duties and rights and is recognized as a legal person and as having a distinct identity. This includes any incorporated organizations including corporations, government agencies, and NGOs. Also known as **artificial person**, **juridical entity**, **juridic person**, **juristic person**, or **legal person**. The rights and responsibilities of a juridical person are distinct from those of the natural persons constituting it.

**Person.** means A man considered according to the rank he holds in society, with all the rights to which the place he holds entitles him, and the duties which it imposes.
A human being considered as capable of having rights and of being charged with duties; while a "thing" is the object over which rights may be exercised.
Persons are divided by law into natural and artificial. *natural* persons are such as God of nature formed us; *artificial* are such as are created and devised by human laws, for the purposes of society and government, which are called "corporations" or "body politic"

**Tort.** means Wrong; injury; the opposite of right. In modern practice, *tort* is constantly used as an English word to denote a wrong or wrongful act, for which an action will lie, as distinguished from a *contract*.

**Tort-Feasor.** means A wrong-doer; one who commits or is guilty of a tort.

**Void Ab Initio.** Means A **void ab initio** agreement is Latin for "**void** from the beginning."
This **means** that legally, a contract was **void** as soon as it was created. The parties of the contract are not legally related based on what was written in the agreement because the agreement in question was never valid.

**Wrong.** means An injury; a tort; a violation of right of law.

**Wrong-doer.** means One who commits an injury; a *tort-feaser*.

**Wrongfully Intending.** means In the language of pleading, this phrase is appropriate to be used in alleging the malicious motive of the defendant in committing the injury which forms the cause of action.

## ORGANIC LAWS OF THE UNITED STATES OF AMERICA

**i, wish court to take judicial notice: Organic Laws of the United States of America: Declaration of Independence, The Northwest Ordinance of 1787, The Constitution of the United States of America - 1787, Bill of Rights -1787, as the Supreme Law of the Land, see Exhibit A**, and,

**i, wish court to take further judicial notice: Constitution of Virginia – 1870, said Constitution of Virginia – 1870 the following constitution and form of government for this commonwealth not inconsistent therewith; see Exhibit B**, and,

**i, wish court to take further judicial notice: The District of Columbia Organic Act 1871/Charter Act of District of Columbia, CHAP. LXII. –** ***An act to provide a Government for the District of Columbia.***, which describes its venue as "all that part of the territory of the United States included within the limits of the District of Columbia…".;
The District of Colombia was originally provided for in the Constitution for the United States of America (9-17-1787) at Article 1 Section 8, specifically in the last two clauses; **see Exhibit C**, and,

**i, wish court to take further judicial notice: Pursuant to The District of Columbia Organic Act 1871 CHAP. LXII. –** ***An act to provide a Government for the District of Columbia.***; The United States/U.S., *only*, has jurisdiction within those 10 square miles over its servants, employees, officers and agents, and, or any body politic/body corporate created, organized and existing under its laws; **see Exhibit C**, and,

**i, wish court to take further judicial notice: Pursuant to THE CONSTITUTION OF THE UNITED STATES OF AMERICA -1787 ARTICLE IV Section 4.** The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the

CLAIM: TRESPASS: TORT: FOR ASSAULT AND FALSE ARREST WITH DEADLY FORCE, AND FALSE IMPRISONMENT 3 of 14

COURT OF RECORD COMMON LAW JURISDICTION

*Constitution of Virginia 1870* ***ARTICLE I. BILL OF RIGHTS Sec 15.*** *That a well-regulated militia, composed of the body of the people trained to arms, is the proper, natural, and safe defence of a free State; that standing armies in time of peace should be avoided as dangerous to liberty, and that in all cases the military should be under strict subordination to and governed by the civil power.* Notice of Special Restricted Appearance: White, Sha'Heed Abdullah Beneficial Owner 1st Lien Holder of WHITE, SHA'HEED ABDULLAH Estate d/b/a SHA' HEED ABDULLAH WHITE©®™

Legislature, or of the Executive (when the Legislature cannot be convened) against domestic Violence. **see Exhibit A**, and,

**i, wish court to take further judicial notice: Pursuant to THE CONSTITUTION OF THE UNITED STATES OF AMERICA -1787 ARTICLE IV Section 1.** Full Faith and Credit shall be given in each State to the public Acts, Records, and- judicial Proceedings of every other State. And the Congress may by general Laws prescribe the Manner in which such Acts, Records and Proceedings shall be proved, and the Effect thereof.

## INTRODUCTION

1. This is a claim of trespass: tort: filed by *White, Sha' Heed Abdullah*, (***herein after prosecutor***), whom has been aggrieved, injured and harmed, when his unalienable rights secured and protected by The Constitution of United States of America – 1787, Article I, Article IV, and Article V, and certain Bill of Rights pursuant to The Constitution of United States of America – 1787, were violated, when said prosecutor, was wrongfully and falsely arrested by an unknown man and several others unknown to him, acting under Color of Law, whom claim to be Law Enforcement Officers employed by the City of Virginia Beach, VA; A body corporate, FEIN: 540722061, organized and existing under the laws of the COMMONWEALTH OF VIRGINIA; a body corporate, FEIN: 546001736, (***hereinafter wrong-doer(s)***), and imprisoning said prosecutor in a police jail at the City of Virginia Beach Police Department, City of Virginia Beach, VA, and at said location, securely cuffed said prosecutor's hands behind his back and put said prosecutor in some type of body restraint, in order to force said prosecutor by/under threat, coercion and undue duress to give a DNA sample, which said prosecutor did not consent, then soon after restraining said prosecutor, a woman whom claim to be a Law Enforcement Officer employed by said City of Virginia Beach, VA, violated prosecutor's unalienable rights, and took a DNA sample from said prosecutor without his consent, and then wrongfully, under Color of Law violated said prosecutor's unalienable rights to his liberty and freedom by imprisoning said prosecutor in a police jail at the City of Virginia Beach Police Department, City of Virginia Beach, VA, for *seven* (7) days, and *six* (6) nights, viz. from the *2nd* day of *July*, twenty twenty-one (2021);
2. This is a suit for money damages brought pursuant to THE CONSTITUTION OF THE UNITED STATES OF AMERICA -1787 ARTICLES I, IV and V, and under the common law of the commonwealth of Virginia; one of the several States of the Union, against the City of Virginia Beach, VA; organized and existing under the laws of the COMMONWEALTH OF VIRGINIA, the COMMONWEALTH OF VIRGINIA; a body corporate, FEIN: 546001736, organized and existing under the laws of the U.S. / UNITED STATES, and Briana Spratley, et al.

## JURISDICTION AND VENUE

3. This action arises under federal law and the THE CONSTITUTION OF THE UNITED STATES OF AMERICA - 1787 ARTICLE III Section 2. / BILL OF RIGHTS ARTICLE IV / BILL OF RIGHTS ARTICLE V / BILL OF RIGHTS ARTICLE VI / BILL OF RIGHTS ARTICLE VII / BILL OF RIGHTS ARTICLE IX;

*Constitution of Virginia 1870* ***ARTICLE I. BILL OF RIGHTS Sec 15.*** *That a well-regulated militia, composed of the body of the people trained to arms, is the proper, natural, and safe defence of a free State; that standing armies in time of peace should be avoided as dangerous to liberty, and that in all cases the military should be under strict subordination to and governed by the civil power.* Notice of Special Restricted Appearance: White, Sha'Heed Abdullah Beneficial Owner 1st Lien Holder of WHITE, SHA'HEED ABDULLAH Estate d/b/a SHA' HEED ABDULLAH WHITE©®™

4. The jurisdiction of this Court is invoked pursuant to THE CONSTITUTION OF THE UNITED STATES OF AMERICA - 1787 ARTICLE III Section 2. Venue is proper in this district because it is where the events claimed of occurred;
5. The wrongdoer COMMONWEALTH OF VIRGINIA; a body corporate, FEIN: 546001736, organized and existing under the laws of the U.S. / UNITED STATES;
6. The wrongdoer City of Virginia Beach, VA; FEIN: 54-0722061, is a municipal corporation in the COMMONWEALTH OF VIRGINIA; a body corporate/politic, FEIN: 546001736;
7. The wrongdoer Briana Spratley is an enforcement officer working as a Police Officer for the City Of Virginia Beach, VA, and is otherwise *sui juris*;

## THE PARTIES

8. Prosecutor Sha' Heed Abdullah White, is twenty-seven (27) years old, an active member in the United States of America Navy / Rank E3, and an inhabitant of the commonwealth of Virginia, said commonwealth of Virginia: one of the several States of the Union;
9. Wrong-doer City of Virginia Beach, VA; FEIN: 54-0722061, is a political subdivision of the COMMONWEALTH OF VIRGINIA; a body politic, FEIN: 546001736;
10. Wrong-doer COMMONWEALTH OF VIRGINIA; a body corporate, FEIN: 546001736, organized and existing under the laws of the U.S. / UNITED STATES;
11. Wrongdoer police officer Briana Spratley ("Spratley") was at all times relevant to this claim a certified law enforcement in the Commonwealth of Virginia; At the time of this incident she was a duly appointed and acting as a police officer of the City of Virginia Beach Police Department, City of Virginia Beach, VA, acting under color of law, to wit, under color of statutes, ordinances, regulations, policies, customs and usages of the Commonwealth of Virginia and/or the City of Virginia Beach Police Department, City of Virginia Beach, VA;
12. Et.al, wrong-doers certain Law Enforcement Officers employed by the City of Virginia Beach, VA; A body corporate, FEIN: 540722061, organized and existing under the laws of the COMMONWEALTH OF VIRGINIA;
13. At all times in this matter to date, Wrong-doers, City of Virginia Beach, VA, and Officer Briana Spratley are in engaged in conduct that threatens to violate prosecutor's federally protected unalienable rights by making threats of arrest, with arms, coercion and use of deadly force;

## STATEMENTS OF FACTS

14. On or about the 28th day of April 2021, i had my counsel of choice, contact Detective Briana Spratley, whom claim to be a Law Enforcement Officer employed by the City of Virginia Beach, VA; she had left a contact number, and wanted to discuss/question me on a certain matter, to which she was informed: " To secure, protect, the rights, and prevent harm, and cause injury to the parties, i require all future communications to comes by way of the written word, and, verified under oath or affirmation, penalty of perjury, by it's author/creator that all herein said certain written word(s) is true; i am an idiot

CLAIM: TRESPASS: TORT: FOR ASSAULT AND FALSE ARREST WITH DEADLY FORCE, AND FALSE IMPRISONMENT 5 of 14

COURT OF RECORD COMMON LAW JURISDICTION

*Constitution of Virginia 1870* ***ARTICLE I. BILL OF RIGHTS Sec 15.*** *That a well-regulated militia, composed of the body of the people trained to arms, is the proper, natural, and safe defence of a free State; that standing armies in time of peace should be avoided as dangerous to liberty, and that in all cases the military should be under strict subordination to and governed by the civil power.* Notice of Special Restricted Appearance: White, Sha'Heed Abdullah Beneficial Owner 1st Lien Holder of WHITE, SHA'HEED ABDULLAH Estate d/b/a SHA' HEED ABDULLAH WHITE©®™

in legalese, i, verify here as i will in open court of record that all herein be true" ; In which said Briana Spratley after a moment of conversing angrily replied "I'm going to arrest you for obstructing justice and take a sample of your DNA", and abruptly hung up;

15. On or about the third (3rd) of *May*, twenty twenty-one (2021), said prosecutor filed an action in 'Federal Court' at 'District Court of the united States for eastern District of Virginia Norfolk District': NOTICE OF MOTION AND MOTION TO INTERVENE WITH AN INJUNCTION (verified) **Case number: [3:2021cv00327],** RA 282 044 227 US, and, it is now pending, undetermined; and i claim an injunction against the prosecution of said unverified non-indictment complaint, until the determination of my said action in 'Federal Court' at 'District Court of the united States for Eastern District of Virginia Norfolk District'; **see Exhibit D**;
16. Then, on or about the seventh (7th) day of May twenty twenty-one (2021), around approximately seven pm (7pm), an NCIS agent escorted Detective Briana Spratley, and another woman, an unidentified Law Enforcement Officer employed by the City of Virginia Beach, VA, to the main office of the "fuel-farm compound" where said Detective Briana Spratley and the unidentified Law Enforcement Officer, upon face to face with said prosecutor, without identifying the party in question, said unidentified Law Enforcement Officer uttered "she had a search warrant to collect a sample of said prosecutor's DNA", and in which said prosecutor uttered in reply "i do not consent";
17. After multiple times, said prosecutor making it clear he does not consent, said unidentified Law Enforcement Officer uttered " Are *you* refusing to give me your DNA?"
18. Said prosecutor then uttered "Define *you*?", multiple times, in which said unidentified Law Enforcement Officer, uttered, "I'm going to get an arrest warrant against you for obstructing justice"; and then Detective Briana Spratley and said unidentified Law Enforcement Officer left the premises;
19. Then, on or about the first (1st) day of *June* twenty twenty-one (2021), around approximately twelve (12) noon, a woman, identifying herself as a Law Enforcement Officer employed by the City of Virginia Beach, VA, accompanied by a man, whom seem to also be an Law Enforcement Officer employed by the City of Virginia Beach, VA, said woman officer, without identifying the party in question, uttered "she had a search warrant to swab said prosecutor's DNA";
20. Which said prosecutor uttered " i do not consent"
21. Said woman officer nervously uttered "Are you refusing to provide a sample?"
22. Which said prosecutor uttered again " i do not consent"
23. Then, said woman officer, handed said prosecutor a summons to appear in court for case Docket # [CL 21-2598] on the sixteenth (16th) day of June, twenty twenty-one (2021); **see Exhibit E**;
24. In regards to case Docket #: [CL 21-2598], said prosecutor appeared by Restricted Special Appearance, and the Judge made known to prosecutor: Paul J. Powers, in regards to case Docket #: [CL 21-2598], prosecutor: Paul J. Powers, did not, nor did this prosecutor: Paul J. Powers, ever have jurisdiction; and then asked *this* prosecutor: *Sha 'Heed Abdullah White*, "What day would said prosecutor be available for a continuance?" in which said prosecutor uttered "i plead the 5th", and then soon exited the court, and, was never given any proper service, stating a date, and or time for an continuance in regards to case Docket #: [CL 21-2598];

CLAIM: TRESPASS: TORT: FOR ASSAULT AND FALSE ARREST WITH DEADLY FORCE, AND FALSE IMPRISONMENT 6 of 14

COURT OF RECORD COMMON LAW JURISDICTION

*Constitution of Virginia 1870* ***ARTICLE I. BILL OF RIGHTS Sec 15.*** *That a well-regulated militia, composed of the body of the people trained to arms, is the proper, natural, and safe defence of a free State; that standing armies in time of peace should be avoided as dangerous to liberty, and that in all cases the military should be under strict subordination to and governed by the civil power.* Notice of Special Restricted Appearance: White, Sha'Heed Abdullah Beneficial Owner 1st Lien Holder of WHITE, SHA'HEED ABDULLAH Estate d/b/a SHA' HEED ABDULLAH WHITE©®™

25. Then, on or about the second (2nd) day of July, twenty twenty-one (2021), prosecutor, received a call from said prosecutor's leading petty officer to come into work at 07:30, which sounded unusual to said prosecutor, because we always muster at 06:45;

26. Said prosecutor, was performing telework every day prior to this date, however, this particular day said prosecutor was called into work to do an all-hands safety stand-down brief for the fourth (4th) of *July* holiday 96-hour break; As said prosecutor approached base, said prosecutor showed his military identification-card to the gate guard, and they instructed said prosecutor to pull over to the side to do a random vehicle-inspection, so said prosecutor drove around and parked in the inspection area;

27. The guard asked said prosecutor to step out of his automobile and to put the key on the dashboard, having never experienced an inspection, said prosecutor, thought this was all protocol; said prosecutor proceeded to step out said prosecutor's automobile and the guard asked said prosecutor to put his hands behind his back;

28. At this very moment, said prosecutor was perplexed, because said prosecutor followed the requested actions thinking it was all a part of the inspection for training purposes; The guard then put handcuffs on said prosecutor, and then said prosecutor witness what seem to be four (4) police officers exit a parked vehicle and approach said prosecutor;

29. Said Law Enforcement Officers employed by the City of Virginia Beach, VA, without identifying the party in question or the party they seek, and without reading said prosecutor, said prosecutor rights, then put a different set of handcuffs on said prosecutor, and then took the military guards handcuffs off;

30. Then, said Law Enforcement Officers employed by the City of Virginia Beach, VA, began to search said prosecutor's automobile and took possession of certain property (two (2) cellphones), after searching said prosecutor's automobile without right and without consent, said Law Enforcement Officers employed by the City of Virginia Beach, VA, frisked and checked all the pockets of said prosecutor, and started collecting and placing said prosecutor's property into a brown bag;

31. Then, said Law Enforcement Officers employed by the City of Virginia Beach, VA, grabbed ahold of said prosecutor's arm and began pulling said prosecutor and placed said prosecutor into the parked vehicle they exited from, then proceeded to inform said prosecutor that said prosecutor's automobile will be towed by Metro Towing;

32. Then, said Law Enforcement Officers employed by the City of Virginia Beach, VA, got in the parked vehicle and began to drive with said prosecutor, down to the City of Virginia Beach Police Department, City of Virginia Beach, VA;

33. Once we arrived there, said prosecutor, was directed out of the vehicle, soon after Law Enforcement Officers employed by the City of Virginia Beach, VA, put shackles onto said prosecutor's ankles and a set of handcuffs on said prosecutor's wrist;

34. Then said Law Enforcement Officers employed by the City of Virginia Beach, VA, grabbed ahold of said prosecutor's arm to guide said prosecutor's movements into a dimly lighted office, where said prosecutor noticed the same detectives that harassed said prosecutor at work multiple times;

35. A man, unknown to said prosecutor, a Law Enforcement Officer employed by the City of Virginia Beach, VA, brought said prosecutor into a room and another casually dressed Law Enforcement Officer employed by the City of Virginia Beach, VA, unknown to said prosecutor, entered and uttered to said prosecutor "said prosecutor must provide a swab of said prosecutor's DNA".

CLAIM: TRESPASS: TORT: FOR ASSAULT AND FALSE ARREST WITH DEADLY FORCE, AND FALSE IMPRISONMENT 7 of 14

COURT OF RECORD COMMON LAW JURISDICTION

Constitution of Virginia 1870 **ARTICLE I. BILL OF RIGHTS Sec 15.** That a well-regulated militia, composed of the body of the people trained to arms, is the proper, natural, and safe defence of a free State; that standing armies in time of peace should be avoided as dangerous to liberty, and that in all cases the military should be under strict subordination to and governed by the civil power. Notice of Special Restricted Appearance: White, Sha'Heed Abdullah Beneficial Owner 1st Lien Holder of WHITE, SHA'HEED ABDULLAH Estate d/b/a SHA' HEED ABDULLAH WHITE©®™

36. Said casually dressed Law Enforcement Officer employed by the City of Virginia Beach, VA, also tried to coerce said prosecutor, into confirming legal false information written upon his document; Said prosecutor uttered to said casually dressed Law Enforcement Officer "I'm not answering any questions at this moment without consulting my counsel".
37. Said casually dressed Law Enforcement Officer employed by the City of Virginia Beach, VA, then yelled out that "This is going down whether you want it or not". Said prosecutor uttered "I do not consent to this".
38. Said casually dressed Law Enforcement Officer employed by the City of Virginia Beach, VA, then uttered that "We are way passed getting your consent and that he was not "fucking around".
39. Said prosecutor uttered "I am not fucking around either";
40. Said casually dressed Law Enforcement Officers employed by the City of Virginia Beach, VA, then stormed out of the room and uttered "You asked for it!";
41. After approximately ten (10) minutes later, roughly six (6) armed Law Enforcement Officers employed by the City of Virginia Beach, VA, each armed man unknown to said prosecutor, enter the room and ordered said prosecutor to get against the wall, and, what said prosecutor perceived to be a threat of bodily harm, the armed, six (6) Law Enforcement Officers employed by the City of Virginia Beach, VA, uttered "They are going to give said prosecutor one (1) more chance to provide a DNA sample"; Said prosecutor uttered to the armed six (6) Law Enforcement Officers employed by the City of Virginia Beach, VA, "Once again, i do not consent";
42. Then, the armed six (6) Law Enforcement Officers employed by the City of Virginia Beach, VA, began to apply some type of restraining body wrap device to said prosecutor body;
43. Said prosecutor didn't want to attempt to fight back, because said prosecutor was already in shackles and handcuffs, and said prosecutor heard Law Enforcement Officers employed by the City of Virginia Beach, VA, talking outside the door, how they, the armed six (6) Law Enforcement Officers employed by the City of Virginia Beach, VA, were going to use brute force to get what they needed if necessary, even though they, the armed six (6) Law Enforcement Officers employed by the City of Virginia Beach, VA, came in the room and said no one was going to hurt said prosecutor;
44. Said prosecutor, verily believed, if said prosecutor resisted the demand orders from the armed six (6) Law Enforcement Officers employed by the City of Virginia Beach, VA, in some way the armed six (6) Law Enforcement Officers employed by the City of Virginia Beach, VA, would cover-up, and, justify their actions taken as an act in defending themselves, if said prosecutor resisted whatever force the armed six (6) Law Enforcement Officers employed by the City of Virginia Beach, VA, were to apply in the process of restraining said prosecutor in order to take a sample of said prosecutor's DNA;
45. Now, by threat, coercion and under undue duress, and, in fear of bodily harm, or, possibly loss of life, from being placed in this body restraining device, said prosecutor, unwillingly followed the armed Law Enforcement Officers employed by the City of Virginia Beach, VA, orders, and, by threat, coercion and under undue duress, and, without said prosecutor's consent, a woman, identified as a Law Enforcement Officer employed by the City of Virginia Beach, VA, unlawfully obtained a sample of said prosecutor's DNA;
46. They, the armed, six (6) Law Enforcement Officers employed by the City of Virginia Beach, VA, then pulled said prosecutor up and escorted said prosecutor to the change out area where the armed, six (6)

CLAIM: TRESPASS: TORT: FOR ASSAULT AND FALSE ARREST WITH DEADLY FORCE, AND FALSE IMPRISONMENT 8 of 14

COURT OF RECORD COMMON LAW JURISDICTION

*Constitution of Virginia 1870* ***ARTICLE I. BILL OF RIGHTS Sec 15.*** *That a well-regulated militia, composed of the body of the people trained to arms, is the proper, natural, and safe defence of a free State; that standing armies in time of peace should be avoided as dangerous to liberty, and that in all cases the military should be under strict subordination to and governed by the civil power.* Notice of Special Restricted Appearance: White, Sha'Heed Abdullah Beneficial Owner 1st Lien Holder of WHITE, SHA'HEED ABDULLAH Estate d/b/a SHA' HEED ABDULLAH WHITE©®™

Law Enforcement Officers employed by the City of Virginia Beach, VA, had said prosecutor change into an orange jumpsuit, collected said prosecutor's property, and began to order said prosecutor to sign certain papers, and a certain order for said prosecutor's to give said prosecutor's fingerprints;

47. Once again said certain orders done by threat, coercion and under undue duress, against said prosecutor's will and without said prosecutor's consent;

48. By threat, coercion and under undue duress, said prosecutor signed certain papers and performed Law Enforcement Officers employed by the City of Virginia Beach, VA, certain orders, because said prosecutor was lead to verily believed, that there would be no way to contact said prosecutor's family without complying to Law Enforcement Officers employed by the City of Virginia Beach, VA, certain orders;

49. After being put into a holding cell with another man, said prosecutor began to type numbers in a pay-phone to see if said prosecutor could get ahold of anyone; Said prosecutor, then noticed the other man in the cell making calls from the other pay-phone, so said prosecutor, asked if the other man could ask his contact to email said prosecutor's sister some information informing her, said prosecutor, been arrested and that said prosecutor, does not remember anyone's phone number. The other man, obliged said prosecutor's request, then said prosecutor's sister emailed back said prosecutor with a contact number; Said prosecutor, contacted her and informed her of all that had occurred;

50. According to my recollection, said prosecutor, verily believes the military prepped the gate attendees to stop said prosecutor at the gate, and turn said prosecutor, over to the Law Enforcement Officers employed by the City of Virginia Beach, VA, because there was no inspection performed on said prosecutor's automobile;

51. Said prosecutor, also later found out, there wasn't an all-hands safety stand talk for the 96 hours break either, said prosecutor was just told that, so that said prosecutor would be stopped at the gate, not be read any rights by any of the armed Law Enforcement Officers employed by the City of Virginia Beach, VA, and placed under arrest by armed Law Enforcement Officers employed by the City of Virginia Beach, VA;

52. Said prosecutor, was then moved to another cell with two other men for twenty-three and half hours (23 and ½ hrs) a day and twenty-four (24) hours for some days;

53. Said prosecutor, was given close-to-poisonous, unhealthy food; and no fresh water was ever given upon prosecutor's request, only poisonous fluoride tap-water from the cell's sink was made available;

54. After two days, said prosecutor was scheduled for an arraignment hearing, where said prosecutor learned this whole-matter was in regards to case: un-verified non-indictment: Docket #: [CL 21-2598], which at the time said prosecutor had an action filed in 'Federal Court' at 'District Court of the united States for eastern District of Virginia Norfolk District': NOTICE OF MOTION AND MOTION TO INTERVENE WITH AN INJUNCTION (verified) **Case number: [3:2021cv00327]**, RA 282 044 227 US, and, at that time still pending, undetermined; **see Exhibit D**;

55. Said prosecutor, demanded the matter be discharged and, said prosecutor's immediate release, but instead, said prosecutor was given a bond hearing, scheduled two days later, where the conditions were set that only someone from the military could pick said prosecutor up;

56. Said prosecutor, asked said prosecutor's sister to reach out to some numbers said prosecutor provided to contact said prosecutor's chain of command; Said prosecutor's friend got in touch with the same leading-

CLAIM: TRESPASS: TORT: FOR ASSAULT AND FALSE ARREST WITH DEADLY FORCE, AND FALSE IMPRISONMENT 9 of 14

COURT OF RECORD COMMON LAW JURISDICTION

*Constitution of Virginia 1870* ***ARTICLE I. BILL OF RIGHTS Sec 15.*** *That a well-regulated militia, composed of the body of the people trained to arms, is the proper, natural, and safe defence of a free State; that standing armies in time of peace should be avoided as dangerous to liberty, and that in all cases the military should be under strict subordination to and governed by the civil power.* Notice of Special Restricted Appearance: White, Sha'Heed Abdullah Beneficial Owner 1st Lien Holder of WHITE, SHA'HEED ABDULLAH Estate d/b/a SHA' HEED ABDULLAH WHITE©®™

petty officer in said prosecutor's chain of command, and asked him that if he knew that said prosecutor was locked up in jail? He replied that he was told "not to get involved";

57. Said prosecutor, at that time knew that the military wasn't coming to pick said prosecutor up, and, the bond was orchestrated in such a way for said prosecutor to remain in jail;
58. Said prosecutor, managed to assemble a plan to have one of said prosecutor's fellow shipmates come to sign for said prosecutor's release.
59. Said prosecutor, was released, but certain property of said prosecutor was not returned to said prosecutor, and, Law Enforcement Officers employed by the City of Virginia Beach, VA, refused to return said certain property to said prosecutor when said prosecutor made demand its immediate return, which now, at that time, said prosecutor deems as theft;

## WRONG-DOERS MISCONDUCT AND VIOLATIONS OF UNALIENABLE RIGHTS UNDER COLOR OF LAW

60. **i, wish court to take judicial notice:** Wrong-doer City of Virginia Beach, VA; 54-0722061 is a political subdivision of the COMMONWEALTH OF VIRGINIA; a body politic, FEIN: 546001736; and,
61. **i, wish court to take further judicial notice:** Wrong-doer COMMONWEALTH OF VIRGINIA; a body corporate, FEIN: 546001736, organized and existing under the laws of the U.S. / UNITED STATES; and,
62. **i, wish court to take further judicial notice:** U. S. / UNITED STATES: The District of Columbia was originally provided for in the Constitution for the United States of America (9-17-1787) at Article 1 Section 8, specifically in the last two clauses; **see Exhibit A**, and, **Pursuant to The District of Columbia Organic Act 1871 CHAP. LXII. –** ***An act to provide a Government for the District of Columbia.*****;** The United States/U.S., *only*, has jurisdiction within those 10 square miles over its servants, employees, officers and agents, and, or any body politic/body corporate created, organized and existing under its laws; **see Exhibit C**, and,
63. **i, wish court to take further judicial notice:** Wrong-doer The City of Virginia Beach Police Department, VA, City of Virginia Beach, VA, is not a part of the executive branch of government, said government: the "commonwealth of Virginia: one of the several States of the Union"
64. **i, wish court to take further judicial notice:** Wrong-doer City of Virginia Beach, VA is responsible for the conduct of its police Officers whom are acting in the course and scope of their employment;
65. Wrong-doer City of Virginia Beach Police Department, VA, City of Virginia Beach, VA police officer Briana Spratley, and, or wrong-doer City of Virginia Beach Police Department, City of Virginia Beach, VA, is believed to have created this juridical/legal person: SHAHEED WHITE;
66. This juridical/legal person's race/nationality: BLACK OR AFRICAN AMERICAN, (there is no such continents, and, or nations known as BLACKS OR AFRICAN AMERICAN) **see Exhibit E.**
67. Wrong-doers, wrongfully intending used said prosecutor's given name and family name, and, using "**CAPITIS DIMINUTIO MAXIMA",** creating a change in said prosecutor's civil condition, and also using said prosecutor's image and likeness (**NIL**), and, acting under color of law, to wit, under color of statutes, ordinances, regulations, policies, customs and usages of the COMMONWEALTH OF

CLAIM: TRESPASS: TORT: FOR ASSAULT AND FALSE ARREST WITH DEADLY FORCE, 10 of 14 AND FALSE IMPRISONMENT

COURT OF RECORD COMMON LAW JURISDICTION

*Constitution of Virginia 1870* ***ARTICLE I. BILL OF RIGHTS Sec 15.*** *That a well-regulated militia, composed of the body of the people trained to arms, is the proper, natural, and safe defence of a free State; that standing armies in time of peace should be avoided as dangerous to liberty, and that in all cases the military should be under strict subordination to and governed by the civil power.* Notice of Special Restricted Appearance: White, Sha'Heed Abdullah Beneficial Owner 1st Lien Holder of WHITE, SHA'HEED ABDULLAH Estate d/b/a SHA' HEED ABDULLAH WHITE©®™

VIRGINIA : a body corporate and/or the City of Virginia Beach Police Department, City of Virginia Beach, VA, attached this juridical/legal person to the man, said prosecutor;

68. Wrong-doers wrongfully intending, by it's servants, employees, officers and agents, acting under color of law, to wit, under color of statutes, ordinances, regulations, policies, customs and usages of the COMMONWEALTH OF VIRGINIA : a body corporate and/or the City of Virginia Beach Police Department, VA, , City of Virginia Beach, VA, violated said prosecutor's, a man; unalienable rights, in the manner of business as usual;

69. On the 2nd day of *July*, twenty twenty-one (2021), prosecutor, a man, was wrongfully arrested by Law Enforcement Officers employed by the City of Virginia Beach, VA, said arrest based on a certain "**CAPITIS DIMINUTIO MAXIMA",** legal person, (it's creator unknown), created from prosecutor's name, image and likeness (NIL), and, a certain property of prosecutor was searched and it and certain contents from inside said property was seized;

70. Such wrongful arrest, search, and seizure physically deprived prosecutor of said prosecutor's freedom and liberty;

71. Said search, seizure, restraint and arrest was unlawful, and in violation of **THE CONSTITUTION OF THE UNITED STATES OF AMERICA - 1787 BILL OF RIGHTS ARTICLE IV** The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.;

72. Wrong-doer City of Virginia Beach, VA is responsible for the conduct of its police Officers whom are acting in the course and scope of their employment;

73. On the 2nd day of *July*, twenty twenty-one (2021), six (6) armed Law Enforcement Officers employed by the City of Virginia Beach, VA, unknown to said prosecutor, and said six (6) armed Law Enforcement Officers employed by the City of Virginia Beach, VA, while acting in the course and scope of employment as six (6) Law Enforcement Officers employed by the City of Virginia Beach, VA, did unlawfully, wrongfully intending by physical restraint, threat and coercion take a sample of prosecutor's, a man, DNA sample against the will and without permission or consent of said prosecutor;

74. Wrong-doer City of Virginia Beach, VA is responsible for the conduct of its police Officers whom are acting in the course and scope of their employment;

75. Prosecutor; a man, was placed in a jail cell at wrong-doer City of Virginia Beach Police Department, City of Virginia Beach, VA, for approximately seven (7) days and six (6) nights, this wrongfully intending act by City of Virginia Beach Police Department, City of Virginia Beach VA, physically deprived prosecutor of said prosecutor's freedom and liberty;

76. As a result of wrong-doer, City of Virginia Beach Police Department, City of Virginia Beach VA, wrongfully intending, said prosecutor, a man; was aggrieved, injured and harmed, when said prosecutor's unalienable rights secured and protected by The Constitution Of The United States Of America - 1787, ARTICLE III Section 2. / BILL OF RIGHTS ARTICLE IV / BILL OF RIGHTS ARTICLE V / BILL OF RIGHTS ARTICLE VI / BILL OF RIGHTS ARTICLE VII / BILL OF RIGHTS ARTICLE IX, **were violated**, and,

CLAIM: TRESPASS: TORT: FOR ASSAULT AND FALSE ARREST WITH DEADLY FORCE, AND FALSE IMPRISONMENT 11 of 14

COURT OF RECORD COMMON LAW JURISDICTION

*Constitution of Virginia 1870* ***ARTICLE I. BILL OF RIGHTS Sec 15.*** *That a well-regulated militia, composed of the body of the people trained to arms, is the proper, natural, and safe defence of a free State; that standing armies in time of peace should be avoided as dangerous to liberty, and that in all cases the military should be under strict subordination to and governed by the civil power.* Notice of Special Restricted Appearance: White, Sha'Heed Abdullah Beneficial Owner 1st Lien Holder of WHITE, SHA'HEED ABDULLAH Estate d/b/a SHA' HEED ABDULLAH WHITE©®™

77. **i, wish court to take further judicial notice:** Pursuant to **THE CONSTITUTION OF THE UNITED STATES OF AMERICA -1787 ARTICLE III Section 2.** The judicial Power shall extend to all Cases, in Law and equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority; ... The trial of all Crimes except in Cases of Impeachment, shall be by jury; and such Trial shall be held in the State where the said Crimes shall have been committed; but when not committed within any State, The Trial shall be at such Place or Places as the Congress may by Law have directed. **Has been violated;** and

78. **i, wish court to take judicial notice:** Pursuant to **THE CONSTITUTION OF THE UNITED STATES OF AMERICA -1787 BILL OF RIGHTS ARTICLE IV** The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized. **Has been violated;** and,

79. **i, wish court to take judicial notice:** Pursuant to **THE CONSTITUTION OF THE UNITED STATES OF AMERICA -1787 BILL OF RIGHTS ARTICLE V** No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in land or naval forces, or in the Militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any Criminal Case to be a witness against himself, be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation. **Has been violated**, and,

80. **i, wish court to take judicial notice:** Pursuant to **THE CONSTITUTION OF THE UNITED STATES OF AMERICA -1787 BILL OF RIGHTS ARTICLE VI** In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defence. **Has been violated,** and,

81. **i, wish court to take judicial notice:** Pursuant to **THE CONSTITUTION OF THE UNITED STATES OF AMERICA -1787 BILL OF RIGHTS ARTICLE VII** In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury shall be otherwise re-examined in any Court of the United states, than according to the rule of the common law. **Has been violated,** and,

82. **i, wish court to take judicial notice:** Pursuant to **THE CONSTITUTION OF THE UNITED STATES OF AMERICA -1787 BILL OF RIGHTS ARTICLE IX** The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage other retained by the people. **Has been violated**,

CLAIM: TRESPASS: TORT: FOR ASSAULT AND FALSE ARREST WITH DEADLY FORCE, AND FALSE IMPRISONMENT 12 of 14

COURT OF RECORD COMMON LAW JURISDICTION

*Constitution of Virginia 1870* ***ARTICLE I. BILL OF RIGHTS Sec 15.*** *That a well-regulated militia, composed of the body of the people trained to arms, is the proper, natural, and safe defence of a free State; that standing armies in time of peace should be avoided as dangerous to liberty, and that in all cases the military should be under strict subordination to and governed by the civil power.* Notice of Special Restricted Appearance: White, Sha'Heed Abdullah Beneficial Owner 1st Lien Holder of WHITE, SHA'HEED ABDULLAH Estate d/b/a SHA' HEED ABDULLAH WHITE©®™

Wherefore, Prosecutor respectfully require of this Honorable Court:

A. Prosecutor demands judgment against wrongdoers for said sum of *Fifty Million* Dollars, (USD 50,000,000.00) Lawful Money of the United States of America, as the penalty under the laws aforesaid, and for his costs in this action;

B. Prosecutor in regards to case Docket #: un-verified, un-indictment [CL 21-2598], demands Court Case, stylized as : 'CL 21-2598' is to be made known to the world as, Void Ab Initio, and all of its subsequent orders are to have no force of operation;

C. Permanently enjoin wrong-doers with an injunction from subjecting i, White, Sha' Heed Abdullah from practices/acts under color of law, to wit, under color of statutes, ordinances, regulations, policies, customs and usages that violate said prosecutor's, a man, unalienable rights secured by the THE CONSTITUTION OF THE UNITED STATES OF AMERICA -1787 ARTICLE III Section 2. / BILL OF RIGHTS ARTICLE IV / BILL OF RIGHTS ARTICLE V / BILL OF RIGHTS ARTICLE VI / BILL OF RIGHTS ARTICLE VII / BILL OF RIGHTS ARTICLE IX;

D. Grant such other and further equitable relief as the court deems just, necessary and proper to protect i, White, Sha' Heed Abdullah, a man, from further harm and injury by wrong-doers;

## DEMAND FOR TRIAL BY JURY

*Sha'Heed Abdullah White*, a man, prosecutor, hereby demands a trial by jury, for said matters at issue, in said court;

i say here and will verify in open court that all herein be true;

Respectfully submitted,

Executed on the 14 day of July, 2021,

By: [signature] (seal)
White, Sha' Heed Abdullah; without the United States
Held in trust, without the United States
All Rights Reserved

State of ~~New Jersey~~ Virginia
County of Virginia Beach , ss.

*White*, Sha' Heed Abdullah, a man; of full age, being duly sworn, or affirmed according to law, on his oath saith: That he is the claimant in the bill hereto annexed and has read the same: That the facts, matters and things therein set forth, except only as to those stated on information and belief, are true of his own knowledge, and as to such matters, facts and things as are set forth therein on information and belief, he believes them to be true;

Sworn, or affirmed to and subscribed before me 14 , day of July, 2021;

Notary Public [signature] **SEAL**

CLAIM: TRESPASS: TORT: FOR ASSAULT AND FALSE ARREST WITH DEADLY FORCE, 13 of 14
AND FALSE IMPRISONMENT

COURT OF RECORD COMMON LAW JURISDICTION

Barbara L. Stevens
NOTARY PUBLIC
Commonwealth of Virginia
Reg. # 262023
Com. Exp. Dec. 31, 2022

*Constitution of Virginia 1870* ***ARTICLE I. BILL OF RIGHTS Sec 15.*** *That a well-regulated militia, composed of the body of the people trained to arms, is the proper, natural, and safe defence of a free State; that standing armies in time of peace should be avoided as dangerous to liberty, and that in all cases the military should be under strict subordination to and governed by the civil power.* Notice of Special Restricted Appearance: White, Sha'Heed Abdullah Beneficial Owner 1st Lien Holder of WHITE, SHA'HEED ABDULLAH Estate d/b/a SHA' HEED ABDULLAH WHITE©®™

White, Sha' Heed Abdullah Registered Owner
of WHITE, SHA' HEED ABDULLAH corp sole.
Dba SHA' HEED ABDULLAH
care of: Benigno Blvd, [421] Box 1753,
county Camden
state New Jersey republic,
one of the several States of the Union
Near. [08099-9998]
The United States of America

TO:
Fernando Galindo dba
Court Clerk
Spottswood W. Robinson III and
Robert R. Merhige, Jr. Federal Courthouse
701 East Broad Street, Suite 3000
Richmond, Virginia 23219

**CERTIFICATE OF SERVICE**

I, WHITE, SHA' HEED ABDULLAH MAN; FOR WHITE, SHA' HEED ABDULLAH, CORP. SOLE DBA SHA' HEED ABDULLAH WHITE IS TO CERTIFY THAT I HAVE THIS DAY SERVED **FERNANDO GALINDO, COURT CLERK** FOR Federal Court' at 'District Court of the united States for Eastern District of Virginia
**CLAIM: TRESPASS: TORT: FOR ASSAULT AND FALSE ARREST WITH DEADLY FORCE, AND FALSE IMPRISONMENT** by CERTIFIED MAIL: #________________________
Delivery thereon to ensure delivery to:
Fernando Galindo dba
Court Clerk
Spottswood W. Robinson III and
Robert R. Merhige, Jr. Federal Courthouse
701 East Broad Street, Suite 3000
Richmond, Virginia 23219

i, verify, all herein be true...

# 'federal district court'

of the united States for Eastern District
of Virginia Norfolk District

**UNITED STATES DISTRICT COURT**
**[civil division]**

**File No.** RF 392 566 146 US

**a man: Sha'Heed Abdullah White,**
**the aggrieved party;**
**prosecutor;**

---

**COMMONWEALTH OF VIRGINIA;**
**a body corporate, FEIN: 546001736, organized and existing under the laws of the U.S. / UNITED STATES,**

**City of Virginia Beach,VA; a body corporate, FEIN: 540722061 organized and existing under the laws of the COMMONWEALTH OF VIRGINIA; a body corporate/politic, FEIN: 546001736**

**City of Virginia Beach Police Department,**
**City of Virginia Beach, VA**
**Municipal Police Department**

**PUBLIC OFFICER dba**
**Briana Spratley, an individual dba**
**Detective for City of Virginia Beach (Municipal) Police Department**
**Et. al.**
**Wrong-doer(s)**

§ § § § § § § § § § § § § § § § § § § § § § § § §

**declarations of wrongs:**

**forgery**

**and**

**bad faith**

---

- "trial by jury"
- court of record: magistrate;

---

**25 C. J. §§ 344; 346;**

**2. DANV. 259**

**The bill of rights of united States Constitution, Articles: VII; IX;**

**Constitution of Virginia -1870,**
**Article I, Section 13; Article I, Section 21;**

**'Federal Court'**
**at**
**District Court of the united States**
**for Eastern District of Virginia Norfolk District**

**i: a man;**
*prosecutor*

**COMMONWEALTH OF VIRGINIA;**
**a body corporate, FEIN: 546001736,**
**organized and existing under the laws**
**of the U.S. / UNITED STATES,**

**City of Virginia Beach,VA; a body corporate,**
**FEIN: 540722061 organized and existing under**
**the laws of the COMMONWEALTH OF VIRGINIA;**
**a body corporate/politic, FEIN: 546001736**

**City of Virginia Beach Police Department,**
**City of Virginia Beach, VA**
**Municipal Police Department**

**PUBLIC OFFICER dba**
**Briana Spratley, an individual dba**
**Detective for City of Virginia Beach (Municipal)**
**Police Department**
**Et. al.**
**Wrong-doer(s)**

**Nature of case: claim**

**claim: trespass [forgery];**

**(verified)**

**i, require: a 'court of record'; "trial by jury';**

**claim: trespass [forgery];**

**i, a man claim:**

- the said wrongdoer(s) trespass upon [my] property;
- the causal agent of the trespass, comes by way of its use of a forged instrument;
- the trespass did and does harm and injury to my property;
- the commencement of the harm began on 28th day of April, 2021;
- the wrong continues to this day July 14th, 2021 ;
- I require compensation for the intial and continual trespass upon my property;
- compensation due: Fifty Million Dollars (USD 50,000,000.00) Lawful Money of The United States of America ;

i, say here, and will verify in open court, that all herein be true